THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
WILLIAM J. O'BRIEN, Appellant.

*People* v. *O'Brien*, 152 App. Div. 912, affirmed.
(Argued December 18, 1913; decided January 13, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
September 10, 1912, which affirmed a judgment of the
Kings County Court rendered upon a verdict convicting
the defendant of the crime of robbery in the first degree.

*Edwin Kempton, Jr.*, for appellant.

*James C. Cropsey, District Attorney* (*Harry G. Ander-
son* and *Edward A. Freshman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WERNER, WILLARD BARTLETT, HISCOCK,
CHASE, COLLIN and CUDDEBACK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SAM WEISS, Appellant.

*People* v. *Weiss*, 158 App. Div. 235, affirmed.
(Submitted December 18, 1913; decided January 13, 1914.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered July 25, 1913, which reversed an order of the
Kings County Court sustaining a demurrer to an indict-
ment charging defendant with the crime of keeping and
of allowing a room to be used for gambling purposes and
of being a common gambler.

*Henry D. Levy* for appellant.

*James C. Cropsey, District Attorney* (*Edward A. Fresh-
man* and *Hersey Egginton* of counsel), for respondent.

Order of Appellate Division affirmed; no opinion.

Concur: WERNER, WILLARD BARTLETT, HISCOCK,
CHASE, COLLIN and CUDDEBACK, JJ.